IN THE UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
ATLANTA Division

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Sarah F. Howard | ) | |
| | ) | |
| Debtor(s) | ) | CASE NO. 13-74894 - WLH |

### NOTICE OF RESCHEDULED HEARING ON MOTION TO DETERMINE SECURED STATUS OF CLAIM AND RELEASE UNDERLYING LIENS ON PROPERTY

COMES NOW Debtor, and notifies all parties on the attached list that the Lien Strip hearing (Doc. No.: 24) is rescheduled for **April 9, 2014** at **1:30 PM** in Courtroom 1403 of the Richard Russell Federal Building at 75 Spring Street, Atlanta, Georgia.

Respectfully submitted,
King & King Law LLC

_____/S/_____
Tim Hurban, Attorney for Debtor
GA Bar No. 400788
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

IN THE UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
ATLANTA Division

IN RE:  ) CHAPTER 13
Sarah F. Howard  )
  )
  Debtor(s)  ) CASE NO. 13-74894 - WLH

**CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the foregoing Notice of Rescheduled Hearing and Motion to Determine Secured Status of Claim and Release Underlying Liens on Property was made by:

Regular, first class United States mail, postage fully pre-paid, addressed to:

Sarah F. Howard,
Union City, GA 30291

Nancy J. Whaley, Chapter 13 Trustee
303 Peachtree Center Avenue, Suite 120
Atlanta, GA 30303

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104

Certified mail, postage fully pre-paid, addressed to:

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104
Attn: Bill Mills, CEO North America

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104
Attn: Eugene M. McQuade, CEO Citibank N.A.

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104
Attn: Michael L. Corbat, CEO Citigroup

This Tuesday, March 04, 2014

By: _____/S/
King & King Law LLC
Tim Hurban, Esq.
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com